UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 11-25899 RAM
Ulda Joseph                                                 Chapter 13
_____Debtor____/

## SUGGESTION OF DEATH FOR DEBTOR
## AND MOTION TO CONTINUE CHAPTER 13 CASE

Pursuant to Federal Bankruptcy Rule 1016, Ernst Joseph, son of debtor Ulda Joseph, notifies the Court that debtor Ulda Joseph is deceased, and moves the Court to allow the Chapter 13 case to proceed and to be concluded as if the death had not occurred and states:

1. This Chapter 13 case was filed by Ernst Joseph with Power of Attorney from Ulda Joseph, since Ulda Joseph was incapacitated.

2. Debtor Ulda Joseph died on March 20, 2014. Attached as Exhibit A is a copy of debtor's death certificate.

3. Debtor left a will in which her homestead, which is part of debtor's Chapter 13 estate, was devised to her son Ernst Joseph.

4. Ernest Joseph always lived in and continues to live in debtor's homestead.

5. Debtor's Second Amended Chapter 13 Plan strips a second mortgage on the homestead held by Wells Fargo and pays two other unsecured creditors.

6. Ernst Joseph, on behalf of Ulda Joseph, timely made all Chapter 13 Plan payments.

7. The Second Amended Plan will be completed with the June 2014 Plan payment.

8.     Ernst Joseph moves the Court to allow this Chapter 13 case to proceed and be concluded as if Ulda Joseph had not died.

Respectfully submitted,<br>
LEGAL SERVICES OF GREATER MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Ulda and Ernst Joseph
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Facsimile: (305) 573-5800
Email: Clombardi@lsgmi.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was **transmitted**

**electronically to:**
Nancy K. Neidich
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

and sent via U.S. Mail to:

Wachovia/Wells Fargo
Bankruptcy Department T7419-015
PO Box 659558
San Antonio, TX 78265-9558

Wayne V. Spivak, Esquire
Albertelli Law
P. O. Box 23028
Tampa, FL 33623

_____
Carolina A. Lombardi

# OFFICE of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2014042528  
**DATE ISSUED:** March 26, 2014  
**STATE FILE DATE:** March 26, 2014

### DECEDENT INFORMATION
**NAME:** ULDA JOSEPH  

**DATE OF DEATH:** March 20, 2014  **SEX:** FEMALE  **SSN:** 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  **AGE:** 098 YEARS  
**DATE OF BIRTH:** October 9, 1915  **BIRTHPLACE:** ST. MARC, HAITI  
**PLACE OF DEATH:** DECEDENT'S HOME  
**FACILITY NAME OR STREET ADDRESS:** 506 NE 199 LANE # R-6  
**LOCATION OF DEATH:** NORTH MIAMI BEACH, MIAMI-DADE COUNTY

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
**MARITAL STATUS:** DIVORCED  
**SPOUSE (IF FEMALE, MAIDEN NAME):** NONE  
**RESIDENCE:** 506 NE 199 LANE APT NO. R-6, NORTH MIAMI BEACH, FLORIDA 33179, UNITED STATES   **COUNTY:** MIAMI-DADE  
**OCCUPATION, INDUSTRY:** DEPARTMENT MANAGER, RETAIL STORE  
**RACE:** ___White  X Black or African American  ___Asian Indian  ___Chinese  ___Filipino  ___Native Hawaiian  ___Japanese  ___Korean  
___American Indian or Alaskan Native–Tribe:  ___Vietnamese  ___Other Asian:  
___Guamian or Chamorro  ___Samoan  ___Other Pacific Isl:  ___Other:  ___Unknown  
**HISPANIC OR HAITIAN ORIGIN?** YES, HAITIAN  
**EDUCATION:** 9TH THRU 12TH GRADE; NO DIPLOMA  **EVER IN U.S. ARMED FORCES?** NO

### PARENTS AND INFORMANT INFORMATION
**FATHER:** JOSEPH DESIL  
**MOTHER:** ALICE LOUIS  
**INFORMANT:** ERNEST JOSEPH  
**RELATIONSHIP TO DECEDENT:** SON  
**INFORMANT'S ADDRESS:** 506 NE 199 LANE APT NO. R-6, MIAMI, FLORIDA 33179, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
**PLACE OF DISPOSITION:** SOUTHERN MEMORIAL PARK  
MIAMI, FLORIDA  
**METHOD OF DISPOSITION:** BURIAL  
**FUNERAL DIRECTOR/LICENSE NUMBER:** FRANCISCO LOPEZ, F043770  
**FUNERAL FACILITY:** VAN ORSDEL DESIGN DISTRICT CHAPEL F040217  
3333 NE 2ND AVENUE, MIAMI, FLORIDA 33137

### CERTIFIER INFORMATION
**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN   **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE  
**TIME OF DEATH (24 hr):** 1430  
**CERTIFIER'S NAME:** JUAN ORESTES OTERO  
**CERTIFIER'S LICENSE NUMBER:** ME71343  
**NAME OF ATTENDING PHYSICIAN (If other than Certifier):** NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
**PROBABLE MANNER OF DEATH:** NATURAL  
**CAUSE OF DEATH - PART I** and Approximate Interval: Onset to Death:  
a CARDIORESPIRATORY ARREST  
b CORONARY ARTERY DISEASE  
c END STAGE ORGANIC BRAIN SYNDROME  
d

**PART II** - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

**AUTOPSY PERFORMED?** NO  **AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**  
**DATE OF SURGERY:**  **DID TOBACCO USE CONTRIBUTE TO DEATH?** NOT STATED  
**REASON FOR SURGERY:**  
**IF FEMALE, WAS SHE PREGNANT WITHIN THE PAST YEAR?**  
**DATE OF INJURY:** NOT APPLICABLE  **TIME OF INJURY (24 hr):**  **INJURY AT WORK?**  
**LOCATION OF INJURY:**  
**DESCRIBE HOW INJURY OCCURRED:**

**PLACE OF INJURY:**  
**IF TRANSPORTATION INJURY, Status of Decedent:**  **Type of Vehicle:**

, State Registrar    **REQ:** 2014731745

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (11/11)

CERTIFICATION OF VITAL RECORD